FILED
MAR 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL MOMENT
P.O. Box 5298
Hyattsville, Maryland, 20782-0298
(240) 832 - 7906
    Plaintiff,

Civil Action No.

CASE NUMBER 1:06CV00535
JUDGE: Richard W. Roberts
DECK TYPE: Personal Injury/Malpractic
DATE STAMP: 03/22/2006

vs.

PEARL REARDON,
4339 Harrison Street NW.
Washington, D.C. 20016
(202) 966-1249
    Defendants,

Complaint

1

Pro se plaintiff Michael Moment (the Plaintiff") brings this action alleging violations of Mr. Moment's Federal Statutes, Civil Rights Statutes, and Constitutional Rights.

**Identification of Persons in Case**

Mrs. Pearl Reardon is the future mother –in – law of Michael Moment

Miss. Felita Phillips is the daughter of Mrs. Pearl Reardon and the fiancée of Mr. Moment

Allessandra Phillips Patterson is the granddaughter of Mrs. Pearl Reardon and the daughter of Miss. Felita Phillips

Mrs. Nettie Moment is Mr. Moment's sister

Mrs. Susie Moment is Mr. Moment's mother

Detective Donna Wilson, Badge No. D2 -300 of the Metropolitan Police Department

Detective Dejuan Williams, Badge No. D2-202 of the Metropolitan Police Department

Officer Stephen Davis, Police Officer of Metropolitan Police Department

Mr. Timothy W. Lucas, United States Attorney for the District of Columbia

Judge Craig Iscoe, Superior Court of District of Columbia,

Judge Frederick Weisberg, Superior Court of District of Columbia

Ms. Sharon Nickelberry, Probation Officer

**STATEMENT OF FACTS**

On January 26, 2004, Mrs. Reardon called Mr. Moment's sister's (Mrs. Nettie Moment) place of employment and informed them that Mr. Moment had kidnapped her daughter

2

(Felita Phillips) and granddaughter (Allessandra Phillips Patterson). Mrs. Reardon knew that her daughter and granddaughter had not been kidnap. On January 27, 2004, Mr. Moment called Mrs. Reardon and informed her that if she did not stop calling his family members, Mr. Moment would see what legal actions he could take against her. Mr. Moment then hung the phone up. On January 27, 2004 at 1530 hrs., Mrs. Reardon made a call to the Metropolitan Police. A Metropolitan Police Officer (Stephen Davis) took an Incident-Based Event Report at which time Officer Davis wrote: Mr. Reardon stated S-1 called her on the phone on the listed date and time. A verbal argument ensued. S-1 then threatened her. By saying you don't know me I will catch you in an alley one night and beat you up. C-1 stated that she was scared by this statement. At some point and time, Mrs. Reardon spoke with Detective Wilson #D2-300 of Metropolitan Police. Mrs. Reardon changed her story; she stated Mr. Moment said, "I will meet you some dark night and beat the shit out of you". On March 10, 2004, Mr. Moment called Detective Wilson to find out why she was investigating him, at 7:12pm, Mr. Moment met with Detective Wilson and made a statement. On March 14, 2004, Mr. Moment had to call Montgomery County Police for Mrs. Reardon harassing him and his family. On May 11, 2004, Mr. Moment was arrested on Felony Threats / Kidnapping of Mrs. Reardon. On August 9, 2004, Mr. Moment's mother called him and told him that Mrs. Reardon had called her. Mr. Moment's mother lives in Florida. Mrs. Reardon testified she found Mr. Moment's mother on the Internet. On August 11, 2004, Mr. Moment went to trial. At trial Mrs. Reardon testified that she had never met Mr. Moment. Mrs. Reardon testified that she was keeping a file on Mr. Moment. Mrs. Reardon testified that she called Mr. Moment's sister's job. Mrs. Reardon testified that she has never met Mr. Moment's

sister. Mrs. Reardon testified that Mr. Moment's sister said Mrs. Reardon could call her any time. Mrs. Reardon testified that Mr. Moment threatened her by saying "Felita there? So Mrs. Reardon said no. Then the person began to yell saying, "Woman, woman, if you ever call any family of mine, I am going to meet you in a bar, and I'm going to beat the shit out of you". Mrs. Reardon said, "I don't go to bars, whoever you are." He said, "Well, I'm going to meet you in an alley on a dark night, and I'm going to beat the shit out of you. Mrs. Reardon testified that her daughter and granddaughter were missing January 23, 24, 25 and 26, 2004, and they were with Mr. Moment. Mrs. Reardon testified that she never told anyone that the Mr. Moment kidnapped anyone. Mrs. Reardon testified that she went to her computer and put in Moment found Mr. Moment's sister job. At trial, Mrs. Reardon was asked by the judge; "why she called Mr. Moment's mother". Mrs. Reardon testified, "Again, I did not know that that was Mr. Moment's mother because Mr. Moment has a whole long list of different addresses all over America and different Moments, and I have been scared, terrified out of my skin of this man that I don't know, who has threatened me, and I called – there are several numbers in the people data, and I called this number, and this lady said she was Mr. Moment's mother. Whether that's true or false, I don't know". At trial Mrs. Reardon was asked "Ma'am, you said you called people trying to find somebody that knew Mr. Moment. Why were you trying to find out information about Mr. Moment?" Mrs. Reardon then testified that "Because he is a faceless" Mrs. Reardon testified that Mr. Moment was emotionally and physically abusing her granddaughter. On August 12, 2004, Mr. Moment was found guilty of attempted threats. Mr. Moment was sentenced to 90 days E.S.S.; one year supervised probation, to stay away from Mrs. Reardon and her husband, 240 hrs. of

4

community service, complete anger management classes, have no contact of any kind whether in person, by telephone, by Internet, by mail. In open court, Judge Craig Iscoe informed Mrs. Reardon and Mr. Moment that they should stay 100 feet away from each other. And if Mr. Moment violated any of these conditions then Mrs. Reardon should notify the court. When the trail was over Mrs. Reardon began harassing and stalking Mr. Moment. Mrs. Reardon has made it clear that she intends to create an unpleasant or hostile situation for Mr. Moment.

1. On or about August 19, 2004, Mrs. Reardon made a false complaint to Montgomery County Child Protection Services that Mr. Moment was abusing a child in his home.

2. On January 12, 2005, Mr. Moment was in District Court of Maryland for Montgomery County when Mrs. Reardon called U.S. Marshal on Mr. Moment for being in the courthouse at the same time when she was in the courthouse.

3. March 7, 2005, Mrs. Sharon P. Nickelberry, Mr. Moment new Probation Officer, informed Mr. Moment that Mrs. Reardon has been calling her everyday making complaints that Mr. Moment was harassing her.

4. On May 15, 2005, Mrs. Reardon followed Mr. Moment to his residence

5. On May 16, 2005, Mrs. Reardon came back to Mr. Moment's residence.

6. From January 1, 2006, to filing of this complaint Mr. Moment has encountered Mrs. Reardon 12 more times.

Michael Moment, (Plaintiff), files this claim against the Defendant, Pearl Reardon, alleging the following:

1. Conspiracy against Civil Rights.

2. Interstate Stalking.

3. Harassment.

4. Filing a false police report.

5. Making false statements to a government agency.

6. Malicious prosecution.

7. Defamation of character

8. Slander.

9. Emotional Distress.

### Violation of United States Code

1. Title 18 U.S.C. § 241 (Conspiracy against Civil Rights.)

2. Title 18 U.S.C. § 2261 (Interstate Domestic Violence.)

3. Title 18 U.S.C. § 2261A. (Interstate Stalking.)

4. Title 42 Section 1981 (Equal Rights under the Law).

5. Title 42 Section 1985 (3) (Conspiracy to interfere with civil rights).

### Violation of District of Columbia Code and Procedure

1. DC ST §22-2405 Chapter 7 (False Statements.)

2. DC ST §22-2402 Chapter 24 (Perjury.)

3. DC ST §22-2404 Chapter 24 (False Swearing.)

4. DC ST §22-1803 Chapter 18 (Attempts to Commit Crime.)

5. DC ST §22-722 Chapter 7 (Obstructing Justice and Corrupt Influence.)

### Violation of State of Maryland Criminal Law Code

1. Md. Criminal Law Code Annotated §3-802 (Stalking.)

2. Md. Criminal Law Code Annotated §3-803 (Harassment.)

6

## RELIEF

Mr. Moment is claiming relief of $4,000,000.00 million dollars from Mrs. Reardon for willful and knowingly violating and depriving Mr. Moment's rights secured by Title 42 Section 1981 (Equal Rights under the Law) and Title 42 Section 1985 (3)(Conspiracy to interfere with civil rights).and the Constitution of the United States, Federal Statutes, and Civil Rights Statutes.

Michael Moment, Pro Se

P.O. Box 5298

Hyattsville, Maryland, 20782-0298

(240) 832-7906