AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
MAY 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Moment pro se
P.O. Box 5298
Hyattsville, Maryland 20782-0298

## SUMMONS IN A CIVIL CASE

V.

Pearl Reardon
4339 Harrison St. N.W.
Washington, DC 20016

CASE NUMBER 1:06CV00535

CA  JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 03/22/2006

TO: (Name and address of Defendant)

Pearl Reardon
4339 Harrison St. N.W.
Washington, DC. 20016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ~~~~~~~ PRO SE (name and address)

Michael Moment Pro se
P.O. Box 5298
Hyattsville, Maryland
         20783-0298

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAR 22 2006
CLERK                                          DATE

_____
(By) DEPUTY CLERK