# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL MOMENT
P.O. Box 5298
Hyattsville, Maryland, 20782-0298
(240) 832 - 7906
      Plaintiff,

Civil Action No. **1:06CV00535** R.ω.R.

vs.

PEARL REARDON
4339 Harrison Street NW.
Washington, D.C. 20016
(202) 966- 1249
      Defendants,

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 JUN 16 PM 8: 17
NANCY M.
MAYER-WHITTINGTON
CLERK

# MOTION FOR DEFAULT JUDGMENT

COMES NOW, the Plaintiff, Michael Moment, moves this court to Grant Default

Judgment for the reasons which follow:

On March 22, 2005, Plaintiff filed suit on the Defendant, Ms. Peal Reardon

#1:06CV00535 and sent a copy of the complaint by certified mail with return receipt to

Ms. Peal Reardon, at 4339 Harrison Street NW, Washington, D.C. 20016. On April 3,

2006, the complaint was delivered to the home of Ms. Peal Reardon the delivery was

signed for Pursuant to Federal Rules of Civil Procedure Plaintiff served Ms. Peal Reardon

within 60 days pursuant to Federal Rules of Civil Procedure:

 Rule 5 Service and Filing of Pleadings and Other Papers

On May 5, 2006, Plaintiff then filed an affidavit of service with the clerk's office to

confirm that the United States Postal Service had delivered /served Defendants by

registered / certified mail pursuant to Federal Rules of Civil Procedure:

Rule 4 Summons

On June 7, 2006, Plaintiff checked with the Clerk's Office of The U.S. District Court for

the District of Columbia to see if the Defendants had filed an answer to the complaint.

Plaintiff was informed that no answer had been filed by the Defendant. Plaintiff is filing a

motion for default judgment with the Clerk's Office of The U.S. District Court for the

District of Columbia pursuant to Federal Rules of Civil Procedure:

Rule 56 (a) (b) Summary Judgment

Rule 55 (a) (b) 1 Default

Rule 54(b) (c) (d).

2

On April 3, 2006, the Plaintiff sent the complaint to the Defendant's home and the Defendant's brother signed for it when Defendant read the complaint the Defendant returned the complaint to the post office and had it sent back to the Plaintiff. On May 5, 2006, the Defendant was to appear in Montgomery County Court and the Plaintiff again was going to try and reserve the Defendant **Exhibit 1** and again the Defendant did not show up for the hearing. Since the Defendant was served on April 3, 20006, the Plaintiff filed a affidavit of service with the clerk office on May 5, 20006. Plaintiff sent a notice to Defendant **Exhibit 2** this notice was sent to Defendant's home and P.O. Box and to the Defendant's attorney, Mr. Thomas D. Murphy, at 31 Wood Lane Rockville, Maryland 20850, the Defendant has not answered Plaintiff's complaint as of June 16, 2006. Plaintiff now moves the Court for a Default Judgment against the Defendant Pursuant to Federal Rules of Civil Procedure.

Rule 56 (a) (b) Summary Judgment

Rule 55 (a) (b) 1 Default

Rule 54(b) (c) (d).

Plaintiff seeks a Default Judgment for the full ($4,000,000.00) four million dollars from Defendant, in relief for:

1. Title 18 U.S.C. § 241 (Conspiracy against Civil Rights.)

2. Title 18 U.S.C. § 2261A. (Interstate Stalking.)

3. Title 42 Section 1985 (3) (Conspiracy to interfere with civil rights).

4. Title 18 U.S.C. § 2261 (Interstate Domestic Violence.)

5. Filing a false police report.

6. Making false statements to a government agency.

7. Malicious prosecution.

8. Defamation of character

9. Slander.

10. Emotional Distress.

Respectfully submitted,

Michael Moment, Pro se

P.O. Box 5298

Hyattsville, MD 20782-0298

I HEREBY CERTIFY that on June 16, 2006, a copy of the foregoing was sent, by first

class mail, postage prepaid, to Defendant's attorney. Mr. Robert W. Mance at 1150

Connecticut Ave. N.W. 9th Floor, Washington D.C. 20036

Michael Moment, Pro se

FROM

ASSIGNMENT COMMISSIONER
50 MARYLAND AVENUE, ROOM 110
ROCKVILLE, MD 20850
240-777-9000

TAB _____

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

Family Law-40994    PEARL REARDON -v- FELITA PHILLIPS, ET AL
THE ABOVE ENTITLED CASE HAS BEEN SET ON  Friday, May 5, 2006        AT
09:30 AM FOR MOTION,ATTYS FEES ENTRY#0005

DATE OF THIS NOTICE: 03/27/2006

TO

FELITA PHILLIPS
859 SLIGO AVE #U
SILVER SPRING MD 20910

Exhibit (1)

PEARL REARDON,                                                May 5, 2006
4339 Harrison Street NW.
Washington, D.C. 20016
(202) 966 - 1249
(202) 415 - 1191

# NOTICE

On March 22, 2006, Mr. Michael Moment filed a complaint in the United States District Court for the District of Columbia case no: 1:06CV00535. Michael Moment v. Pearl Reardon. On April 1, 2006, Mr. Moment sent the complaint by certified mail with return receipt to 4339 Harrison Street NW. Washington, D.C. 20016. On April 7, 2006, a return receipt signed by Mr. Steven Watson, Mrs. Reardon's half brother, showing that the complaint had been delivered to 4339 Harrison Street NW. Washington, D.C. 20016. On May 5, 2006, Mr. Moment filed with the Clerk's Office of the United States District Court for the District of Columbia the receipt showing delivery of complaint.

This notice is to inform Mrs. Reardon she has 20 days to answer or respond to the complaint.

## Certificate of Service

**I SOLEMNLY AFFIRM** under the penalties of perjury that I have served a copy of the foregoing on PEARL REARDON by first class mail at 4339 Harrison Street NW. Washington DC. 20016 and P.O. Box 70826 Chevy Chase MD 20813

Michael Moment, Pro Se

P.O. Box 5298

Hyattsville, Maryland, 20782-0298

(240) 832-7906