# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL MOMENT
P.O. Box 5298
Hyattsville, Maryland, 20782-0298
(240) 832 - 7906
    Plaintiff,

Civil Action No. 1:06CV00535 R.W.R

vs.

PEARL REARDON
4339 Harrison Street NW.
Washington, D.C. 20016
(202) 966- 1249
    Defendants,

## LETTER OF NOTICES

To the Honorable Court

On June 26, 2006, Plaintiff received a letter **Exhibit 1** that was found by his fiancée in a vacant office in her building. This letter was mailed by the Defendant counsel. In this letter was the Motion to Dismiss the Complaint the Defendant filed with the court on May 22, 2006; in there motion Defendant states on page 7 the certificate of service **Exhibit 2** that a copy of this motion was sent to the Plaintiff at P.O. Box 5298 Hyattsville, Maryland 20782-0298 the Defendant clearly intended to mislead the court to obtain a dismiss. The Plaintiff had not received this Motion until his fiancée delivery it to him. Plaintiff will be filing a Motion to Deny Defendant Motion to Dismiss.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2006, a copy of the foregoing was sent, by first class mail, postage prepaid, to Defendant counsel. Mr. Robert W. Mance 1150 Connecticut Avenue N.W. 9th Floor Washington D.C. 20036

Michael Moment

ROBERT W. MANCE
ATTORNEY AT LAW
1150 CONNECTICUT AVENUE, N.W.
9TH FLOOR
WASHINGTON, D.C. 20036



Mr. Micahael Moment
850 Sligo Avenue LL-!
Silver Spring, Maryland 20910



Exhibit (1)

Washington, D.C. 20036
202-223-1254

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2006 a copy of the foregoing was mailed, postage prepaid to Michael Moment at P.O. Box 5298 Hyattsville, Maryland 20782-0298

Robert W. Marice

(Exhibit (2))