## Superior Court of the District of Co...

### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: 384-04 | |
|---|---|---|
| DEFENDANT'S NAME: MOMENT, MICHAEL | CCR: 011-879 | PDID: 449-720 |

| SEX: | RACE: | D.O.B.: | HEIGHT: | WEIGHT: | EYES: | HAIR: | COMPLEXION: |
|---|---|---|---|---|---|---|---|
| MALE | BLACK | 3-19-62 | 5'7" | 190 | BRO | BLK | DARK |

| DEFENDANT'S HOME ADDRESS: 63 KINGMAN VIEW CIRCLE, SILVER SPRING, MARYLAND | TELEPHONE NUMBER: 301 593-7819 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |

**COMPLAINANT'S NAME:** REARDON, PEARL

| LOCATION OF OFFENSE: [redacted] | DATE OF OFFENSE: 1-27-04 | TIME OF OFFENSE: 1432 |
|---|---|---|

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

**POLICE REPORT/INVESTIGATION**

ON 1-27-04, C-1 MADE A REPORT OF THREATS TO THE METROPOLITAN POLICE DEPARTMENT. C-1 REPORTED THAT S-1 CALLED HER ON THE PHONE AT WHICH TIME A VERBAL ARGUMENT ENSUED. S-1 THEN THREATENED C-1 BY SAYING YOU DON'T KNOW ME, "I'LL CATCH YOU IN AN ALLEY ONE NIGHT, AND BEAT YOU UP." C-1 STATED THAT THIS STATEMENT SCARED HER. DURING THE INVESTIGATION, THE AFFIANT LEARNED THAT C-1'S ADULT DAUGHTER, W-1, IS ENGAGED TO S-1. C-1 REPORTED THAT SHE IS NOT PLEASED WITH W-1'S RELATIONSHIP WITH S-1 BECAUSE W-1 HAS ONLY KNOWN S-1 FOR ABOUT SIX MONTHS. C-1 REPORTED THAT W-1 DOES NOT KNOW ENOUGH ABOUT S-1 IN SIX MONTHS TIME. C-1 STATED THAT S-1 ALONG WITH W-1 AND W-1'S DAUGHTER WHO IS EIGHT YEARS OLD, WENT AWAY ON A WEEKEND TRIP OUT OF TOWN AND C-1 WAS UNABLE TO LOCATE OR MAKE CONTACT WITH W-1. IT WAS AT THIS TIME THAT C-1 WAS ABLE TO LOCATE W-2, WHO IS THE ADULT SISTER OF S-1 IN THE TELEPHONE BOOK AFTER MERELY SEARCHING THE TELEPHONE BOOK FOR PERSONS WITH THE SAME LAST NAME AS S-1. C-1 THEN CALLED S-1'S SISTER WHO REPORTEDLY WAS NOT PLEASED WHEN C-1 CALLED W-2. UPON LEARNING THAT C-1 CALLED HIS SISTER, W-2, IN AN EFFORT TO LOCATE, W-1, S-1 CALLED C-1 ON THE PHONE TO EXPRESS HIS DISAPPROVAL. THE AFFIANT INTERVIEWED S-1 WHO REPORTED THAT HE DID CALL C-1 ON THE PHONE BUT DID NOT THREATEN C-1. S-1 DID SAY THAT HE TOLD C-1 HE WOULD MEET HER IN AN ALLEY BECAUSE C-1 CALLED W-2, WHO IS HIS SISTER. W-1 WAS INTERVIEWED AND REPORTED THAT SHE WAS PRESENT AT C-1'S HOME WHEN S-1 CALLED. W-1 STATED THAT C-1 REPEATED FOR HER HEARING FOR HER, W-1, TO REALIZE WHAT S-1 WAS SAYING TO C-1. W-1 REPORTED THAT SHE HEARD C-1 SAY, "YOU'RE GONNA MEET ME BEHIND SOME BAR ONE NIGHT AND BEAT ME UP." W-1 THEN HEARD C-1 TELL S-1 THAT SHE DOES NOT GO TO BARS. W-1 REPORTED THAT THE CONVERSATION CLEARLY RATTLED C-1 ALTHOUGH W-1 COULD NOT HEAR S-1'S END OF THE CONVERSATION. ON 3/26/04, W-1 IDENTIFIED A SINGLE PHOTOGRAPH OF THE DEFENDANT AS MICHAEL MOMENT.

**DISPOSITION**

THE AFFIANT BELIEVES PROBABLE CAUSE HAS BEEN ESTABLISHED AND RESPECTFULLY REQUESTS A WARRANT BE ISSUED FOR THE SUSPECT MICHAEL MOMENT.

TO: WARRANT CLERK

PLEASE ISSUE A WARRANT FOR: Threats (F)

CHARGED WITH: _Timothy W. Lucas_
ASSISTANT UNITED STATES ATTORNEY
NCIC approved

AFFIANT'S SIGNATURE: X _[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME THIS _7th_ DAY OF _APRIL_

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Tim Murphy

```
.mily Law INFORMATION FOR CASE #40994    AS OF 04/21/2005 09:50   5104 CONTINUED
    PEARL REARDON                     VS. FELITA PHILLIPS
-----------------------------------------------------------------------
                     D O C K E T   I N F O R M A T I O N

    CASE ID: 40994FL    Reference Case:  (none)

    08/10/2004 #1     BILL OF COMPLAINT                         366 M1
          TYPE: DOCKET
          COMPLAINT TO ESTABLISH VISITATION AND ATTORNEY CERTIFICATION.

    08/10/2004 #2     INFORMATION SHEET FILED                   114 M1
          TYPE: DOCKET
          PLAINTIFF'S INFORMATION SHEET FILED.

    08/10/2004 #3     SUMMONS ISSUED                            248 M1
          TYPE: DOCKET
          SUMMONS ISSUED FOR PERSONAL SERVICE AND HANDED TO PLAINTIFF'S
          ATTORNEY.

    09/15/2004 #4     AFFIDAVIT OF SERVICE: F/D MASTER'S SUMMO  563 PO
          TYPE: DOCKET
          AFFIDAVIT OF SERVICE ON SUMMONS: SERVED ON 08/11/2004 AS TO FELITA
          PHILLIPS, FILED.

    09/20/2004 #5     NOTICE, SCHEDULING CONFERENCE & ORDER     834 PO
          TYPE: DOCKET
          NOTICE OF SCHEDULING CONFERENCE AND ORDER OF COURT (HARRINGTON, J),
          ENTERED (COPIES MAILED)
          JUDGE: A HARRINGTON

    10/13/2004 #6     LINE ENTERING APPEARANCE OF COUNSEL       609 RF
          TYPE: DOCKET
          LINE ENTERING THE APPEARANCE OF MR. THOMAS D. MURPHY AS COUNSEL FOR
          THE PLAINTIFF, PEARL REARDON, FILED.

    10/13/2004 #7     HEARING, SCHEDULING CONFERENCE            740 RF
          TYPE: DOCKET
          CASE CALLED FOR THE PURPOSE OF A SCHEDULING CONFERENCE (SALANT, M.).
          PLAINTIFF'S COUNSEL APPEARED, MR. MURPHY.
          MASTER S SALANT
          TAPE#  22-101304    START#   9:03:17    STOP#   9:07:28 #SESSIONS    1

    10/13/2004 #8     COURT RESETS HEARING TO                   555 RF
          TYPE: DOCKET
          MASTER (SALANT, M.) RESETS THE SCHEDULING CONFERENCE TO NOVEMBER 9,
          2004 AT 8:30 A.M.
          MASTER S SALANT

    10/13/2004 #9     NOTICE, ASSIGNMENT OFFICE TO PARTIES     1004 RF
          TYPE: DOCKET
          MASTER (SALANT, M.) DIRECTS ASSIGNMENT OFFICE TO NOTIFY BOTH PARTIES.
          MASTER S SALANT
```

E-1

Exhibit 2

SUPERIOR COURT

## COMPLAINT

District of Columbia ss:

Defendant's Name: Michael Moment                                    449720
                  (First)    (MI)    (Last)              (PDID)    (CCNO)

**Address: 63 KINGMAN VIEW CIRCLE, SILVER SPRING MD**

On or about January 27, 2004, within the District of Columbia, MICHAEL MOMENT threatened to injure/kidnap PEARL REARDON. (Threatening To Injure/Kidnap a Person, in violation of 22 D.C. Code Section 1810 (2001 ed.))

Co-Defendants:

_____
Affiant's Name

Subscribed and sworn to before me this ___7___ day of ___April, 2004___

_____
(Judge) (Deputy Clerk)

### WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for                Michael Moment

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued:

Judge
Superior Court of the District of Columbia

| Sex: Male | DOB: 03/18/1962 | CCN: | PDID: 449720 |
|---|---|---|---|
| Papering Officer: Wilson | | | Badge No.: |

OFFICER MUST EXECUTE RETURN

Date/Time:

Exhibit 3