
05/15/2005
Exhibit 4


05/15/2005


05/15/2005


05/15/200


05/15/2005

05/15/2005

05/15/2005

05/15/2005

05/15/2005


05/15/2005


05/15/2005


05/15/2005


05/15/2005

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. M4828-04

PDID No. 449-720

vs.

[illegible signature]

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☑ Not Guilty ☐ Guilty to the Charge(s) of [illegible] Attempted Threats

and having been found guilty by ☐ Jury ☑ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to [illegible] ESS [illegible] (240) Hours of [illegible] Fine of $500 [illegible] * [illegible] 4200 4300 & 4400 Blk of [illegible]

* APPEAL RIGHTS GIVEN * [illegible]

☐ MANDATORY MINIMUM term of ______ applies to the sentence imposed

☐ MANDATORY MINIMUM term does not apply.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☑ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

- ☑ Observe the general conditions of probation listed on the back of this order.
- ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
- ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: ______
- ☐ Restitution of $ ______ in monthly installments of $ ______ beginning ______ (see reverse side for payment instructions.)
- ☑ The Court will distribute monies to [illegible] 6300 Blk of [illegible]

Costs in the aggregate amount of $ 1,150.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☑ have not been paid. [illegible]

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

8/12/04
Date

[signature]
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

8/12/04
Date

[signature]
Deputy Clerk

Form CD(6)-1060/Oct. 01

Exhibit 5

CRTR5925 Summary

| Case Number | Status | Judge |
|---|---|---|
| 2005 CA 002103 B | Closed | RETCHIN, JUDITH E |

**In The Matter Of**

MOMENT, MICHAEL Vs. REARDON, PEARL

**Action**

Complaint for Harassment Filed

| Party | | Attorneys |
|---|---|---|
| MOMENT, MICHAEL | PLNTF | PRO SE |
| REARDON, PEARL | DFNDT | MURPHY, Mr THOMAS D |

| Opened | Disposed | Case Type |
|---|---|---|
| 03/19/2005 | Order Granting Motion for Judgment Entered on Dkt | Civil II |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 03/19/05 | Complaint for harassment<br><br>TDMS TYPE: CAC<br>TDMS EVENT: 9101C09<br><br>CREATED BY/ON: #47U HartFiel 03-19-2005<br>LAST MODIFIED BY/ON: #47U HartFiel 03-19-2005 | 0.00 | 0.00 |
| 2 | 04/15/05 | ANSWER to complaint by Pearl Reardon<br><br>ENTRY BY: Reardon<br>TDMS TYPE: CAC<br>TDMS EVENT: 1151ans<br><br>CREATED BY/ON: #445 Terry, P 04-19-2005<br>LAST MODIFIED BY/ON: #445 Terry, P 04-19-2005 | 0.00 | 0.00 |
| 3 | 06/24/05 | Initial SCHEDULING conference @ 9:30am<br>FSDATE: 20050624ss<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0296b2N<br>TDMS FLAG: ss<br><br>CREATED BY/ON: #47U HartFiel 03-19-2005<br>LAST MODIFIED BY/ON: #47U HartFiel 03-19-2005 | 0.00 | 0.00 |
| 4 | 06/24/05 | Event Resulted:<br>The following event: Scheduling Conference Hearing scheduled for 06/24/2005 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Continued | 0.00 | 0.00 |

Exhibit 6

2005 CA 002103 B MOMENT, MICHAEL Vs. REARDON, PEARL

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 5 | 06/24/05 | Notice Mailed<br><br>Notice Of Hearing<br>Sent on: 06/24/2005 11:49:41 | 0.00 | 0.00 |
| 6 | 06/24/05 | Event Scheduled<br>Event: Scheduling Conference Hearing<br>Date: 10/07/2005 Time: 9:30 am<br>Judge: WEISBERG, FREDERICK H. Location: Courtroom 318<br><br>Result: Scheduling Conference Hearing Held | 0.00 | 0.00 |
| 7 | 10/07/05 | Event Resulted:<br>The following event: Scheduling Conference Hearing scheduled for 10/07/2005 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Held. Parties present. Defendant has until 11-18-05 for filing of motions. Court to issue schedule upon ruling. (RP)J/Weisberg | 0.00 | 0.00 |
| 8 | 11/18/05 | Motion for Judgment on the Pleadings Filed<br>Attorney: MURPHY, Mr THOMAS D (211284)<br>PEARL REARDON (Defendant); Receipt: 19729<br>Date: 11/18/2005 | 20.00 | 0.00 |
| 9 | 12/20/05 | Judge Caseload Transfer<br>The judge was changed from WEISBERG, FREDERICK H. to RETCHIN, JUDITH E. | 0.00 | 0.00 |
| 10 | 01/12/06 | Order Granting Motion for Judgment on the Pleadings Entered on Docket. Signed by J. Weisberg, Docketed and copies mailed 1/12/06. JC | 0.00 | 0.00 |
| 11 | 01/12/06 | Defendant's Motion for Protective Order Filed<br>Attorney: MURPHY, Mr THOMAS D (211284)<br>PEARL REARDON (Defendant); Receipt: 24720<br>Date: 01/13/2006 | 20.00 | 0.00 |
| | | Totals By: Cost | 40.00 | 0.00 |
| | | Information | 0.00 | 0.00 |

*** End of Report ***