```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____  )
                              )
**MICHAEL MOMENT,**           )
                              )
    **Plaintiff,**       )
                              )
    **v.**               )   Civil Action No. 06-535(RWR)
                              )
**PEARL REARDON,**            )
                              )
    **Defendant.**       )
_____  )

### ORDER

Defendant has filed a motion [4] to dismiss asserting, among other things, claim preclusion under the doctrine of *res judicata*, but has not provided as exhibits in support of her *res judicata* claim copies of the complaint or any other relevant filings from the prior adjudication. Accordingly, it is hereby

ORDERED that defendant shall have until April 10, 2007 to supplement her motion to dismiss.

SIGNED this 27th day of March, 2007.

                                                              /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge