```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

|   |   |   |
|---|---|---|
| **MICHAEL MOMENT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-535 (RWR) |
| | ) | |
| **PEARL REARDON,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On March 27, 2007, defendant was ordered to supplement her motion to dismiss by April 10, 2007. No supplement has been filed. Accordingly, it is hereby

ORDERED that defendant shall show cause in writing by May 8, 2007, why defendant should not be sanctioned for failure to abide by the prior order. Defendant may satisfy this show cause order by complying with the court's March 27, 2007 order.

SIGNED this 17th day of April, 2007.

```
                                    /s/
                          RICHARD W. ROBERTS
                          United States District Judge
```