UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MICHAEL MOMENT
    Plaintiff

V.                                          CIVIL ACTION NO.1: 06CV00535

PEARL REARDON
    Defendant

### NOTICE OF FILING

The attached documents are in response to the Court's order of April 27, 2007 wherein counsel was instructed to submit supporting documents for Defendant's claims in her Motion to Dismiss that the instant action is barred by claim preclusion and the doctrine of res judicata because the same issues were raised in case number 05ca0002103 in the Superior Court of the District of Columbia.

Respectfully submitted,

_____
Robert W. Mance #285379
1050 17TH Street N.W.
Suite 1000
Washington, D.C. 20036
202-223-1254

### CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007 a copy of the foregoing was mailed, postage prepaid to Michael Moment at P.O. Box 5298 Hyattsville, Maryland 20782-0298.

_____
Robert W. Mance

1