```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____ )
                             )
**MICHAEL MOMENT,**          )
                             )
       **Plaintiff,**   )
                             )
       **v.**            )  Civil Action No. 06-535 (RWR)
                             )
**PEARL REARDON,**           )
                             )
       **Defendant.**    )
_____ )

<u>**ORDER**</u>

    For the reasons stated in the accompanying Memorandum Opinion, it is hereby

    ORDERED that defendant's motion [4] to dismiss, treated as a motion for summary judgment, be, and hereby is, GRANTED. Judgment is entered for the defendant.

    SIGNED this 22nd day of May, 2007.


                                                                /s/               
                                       RICHARD W. ROBERTS
                                       United States District Judge